UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 09-CR-20033 |
| ) | |
| **GLENN CHENAULT,** ) | |
| ) | |
| **Defendant.** ) | |

## OPINION

This case is before the court for ruling on the Government's Motion to Credit Amounts Collected Civilly Against Restitution Judgment (#30). Following this court's careful consideration of the information provided in the Motion, this court concludes that the Government's Motion (#30) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Government's Motion to Credit Amounts Collected Civilly Against Restitution Judgment (#30) is GRANTED.

(2) The Clerk of the Court is directed to credit $3,846.00 toward the account of Defendant, Glenn Chenault.

(3) Once this credit is posted, Defendant's account with the Clerk of the Court should show a credit balance of $496.45. The Clerk of the Court is directed to refund $496.45 to Defendant to avoid a double recovery to the Government.

ENTERED this 16th day of July, 2013

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
SENIOR U.S. DISTRICT JUDGE